DORON WEINBERG (SBN 46131)
LAW OFFICES OF DORON WEINBERG
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile: (415) 552-2703
Email: doronweinberg@aol.com

Attorney for Defendant
KENNETH TAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>KENNETH TAM,<br><br>  Defendant. | CASE NO. CR-16-00401 LHK (HRL)<br><br>STIPULATION MODIFYING CONDITIONS OF PRETRIAL RELEASE;<br>(PROPOSED) ORDER |

IT IS HEREBY STIPULATED between the parties, Assistant United States Attorney, Amie Rooney for Plaintiff United States of America, and Doron Weinberg, counsel for defendant Kenneth Tam, that the terms of defendant Tam's pretrial conditions be modified as follows:

Defendant Tam is permitted to travel from the Northern District of California to the Eastern District of California for the purpose of picking up and dropping off his daughter, Amanda Tam, at the University of the Pacific in Stockton, California, where she is a student,

///

///

///

providing that he notifies Pretrial Services prior to and upon his return from the Eastern District of California.

Dated:   October 18, 2016          Respectfully submitted,

                                        LAW OFFICES OF DORON WEINBERG


                                        /s/ Doron Weinberg
                                        DORON WEINBERG
                                        Attorney for Defendant
                                        KENNETH TAM

                                        UNITED STATES ATTORNEY'S OFFICE

Dated:   October 18, 2016          By:   /s/ Amie Rooney
                                        AMIE ROONEY
                                        Assistant United States Attorney
                                        For Plaintiff United States of America

Approved as to form:                UNITED STATES PRETRIAL SERVICES

Dated:  October 18, 2016            /s/ Kim N. Do
                                        KIM N. DO
                                        United States Pretrial Officer

///

///

///

///

///

///

///

///

///

Stipulation Modifying Conditions of Pretrial
Release; (Proposed) Order (Case No. CR-16-00401 LHK)          2

## (PROPOSED) ORDER

Good cause appearing therefor, IT IS HEREBY ORDERED that defendant Kenneth Tam's conditions of pretrial release be modified to allow him to travel from the Northern District of California to the Eastern District of California for the purpose of picking up and dropping off his daughter, Amanda Tam, at the University of the Pacific, in Stockton, CA, where she attends school, providing that he notifies Pretrial Services prior to and upon returning from the Eastern District of California.

Dated: 10/24/16

HONORABLE HOWARD R. LLOYD
Magistrate Judge, U.S. District Court